```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 28743
   SARAH E. D. WILLIAMS
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

            Debtor
      SSN XXX-XX-6311
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 08/03/04 and confirmed on 10/12/04.

   2. The plan is paid in full.

   3. The Debtor paid a total of $   9770.00 .

   4. The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE | MORTGAGE ARRE | 3701.33 | .00 | 3701.33 |
| ASPIRE VISA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| JOLIET MUNICIPAL UTILITI | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 319.45 | .00 | 319.45 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3495.70 | .00 | 3495.70 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 3701.33 | .00 | 3815.15 | .00 | 7516.48 |
| PRINCIPAL PAID | 3701.33 | .00 | 3815.15 | .00 | 7516.48 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3701.33 | .00 | 3815.15 | .00 | 7516.48 |

The Debtor's attorney, GRAY & IDRIS PC                      , was allowed $   1500.00
and was paid $    300.00   direct and $   1200.00   through the plan.

The Trustee received $     383.78 .

Refunds to the Debtor totaled $     669.74 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 07/18/08                    /S/
                                      GLENN STEARNS

CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 28743 SARAH E. D. WILLIAMS